# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>SPENCER HUGHES<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 20-MJ-2552-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Sept. 5, 2019 & Oct. 13, 2020__ in the county of __Norfolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s 2252A(a)(2)(A) | in that defendant on September 5, 2019, knowingly received, and attempted to receive, child pornography, as defined in 18 U.S.C. s 2256(8), using any means or facility of interstate or foreign commerce, including by computer; and |
| 18 U.S.C. s 2252A(a)(5)(B) | in that defendant, on October 13, 2020, knowingly possessed material that contained one or more images of child pornography, as defined in 18 U.S.C. s 2256(8), that had been mailed, shipped, or transported using any means or facility of itnerstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See the affidavit of United States Homeland Security Investigations ("HSI") Special Agent Nicole Sorrell, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Nicole Sorrell, Special Agent, U.S. HSI
*Printed name and title*

Sworn to and signed before me telephonically in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: __10/13/2020__

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state: __Brookline, Massachusetts__