**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** U.S. HSI

**City** Randolph

**County** Norfolk

**Related Case Information:**
- Superseding Ind./ Inf.:    Case No.
- Same Defendant:    New Defendant: X
- Magistrate Judge Case Number: 20-MJ-2552-MBB
- Search Warrant Case Number: 20-MJ-7353-JCB
- R 20/R 40 from District of:

**Defendant Information:**

Defendant Name: Spencer Hughes    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Randolph, Massachusetts

Birth date (Yr only): 1988    SSN (last4#): 9065    Sex: M    Race: UNK    Nationality: U.S.A.

**Defense Counsel if known:**    Address:

**Bar Number:**

**U.S. Attorney Information:**

AUSA: Fred M. Wyshak, III    Bar Number if applicable:

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 10/13/2020

☑ Already in Federal Custody as of 10/13/2020 in Plymouth County Correctional.
☐ Already in State Custody at ———    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/13/2020    Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Spencer Hughes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S. Code s 2252A(a)(2)(A) | Certain Activities Relating to Material Constituting or Containing Child Pornography | 1 |
| Set 2 | 18 U.S. Code s 2252A(a)(5)(B) | Certain Activities Relating to Material Constituting or Containing Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____